## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| COLEY GRAY, JR., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 15-0400-CG-C |
| | ) |
| SAM COCHRAN, <u>et</u> <u>al.</u>, | ) |
| | ) |
|    Defendants. | ) |

## <u>ORDER</u>

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 23, 2016, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 21st day of March, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE